3

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 26 1998
Michael N. Milby
Clerk of Court

| | |
|---|---|
| GILBERT SEGOVIA * | |
| * | |
| Plaintiff * | |
| * | |
| VS. * | CIVIL ACTION NO. B-98-144 |
| * | |
| AIR AMERICA, INC. d/b/a * | |
| AIR AMERICA FREIGHT CORPORATION * | |
| * | |
| Defendant * | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO REMAND

On Oct. 26, 1998, the Court considered Defendant AIR AMERICA, INC. d/b/a AIR AMERICA FREIGHT CORPORATION'S Unopposed Motion to Remand. After considering the Motion and the Notice of Removal, the Court finds that this case involving wrongful termination or discrimination for filing a worker's compensation claim under the Texas Labor Code §451.001 properly belongs in Texas State District Court. The Court therefore remands this case to the 138th Judicial District Court of Cameron County, Texas.

Signed on this 26th day of October, 1998.

U.S. DISTRICT JUDGE

[3-LBL] C:\FILES\A0700\REMAND.ORD - PAGE 1 OF 2

Approved and entry requested:

_____
JUAN A. GONZALEZ
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas  78551
Telephone: (956) 428-7495
Fax: (956) 428-2954

_____
JEFFREY A. GOLDBERG
The Law Office of Jeffrey A. Goldberg
9901 IH-10 West, Suite 690
San Antonio, Texas  78230
Telephone: (210) 690-2200
Fax: (210) 690-0438

[3-LBL] C:\FILES\A0700\REMAND.ORD - PAGE 2 OF 2